UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Qi Jun Kang,<br>*individually and on behalf of others similarly situated,*<br><br>    Plaintiffs,<br><br> -against-<br><br>JIA XING 39th INC., LI XING INC., XING WONG GOURMET INC., XING YUE INC., CHENG ZHONG HUANG, ZHENG JING HUANG, XING HUANG, LIAO LILI, and XUE YAN WANG,<br><br>    Defendants. | Case No.: 18-CV-1 (WHP)<br><br>**NOTICE OF APPEARANCE** |

To: The clerk of court and all parties of record

 I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants: JIA XING 39th INC., LI XING INC., XING WONG GOURMET INC., XING YUE INC., CHENG ZHONG HUANG, ZHENG JING HUANG, XING HUANG, LIAO LILI, and XUE YAN WANG.

Date: New York, New York
   March 21, 2018

                /s/ Joey Tsai
                Joey Tsai (JT 1011)
                Tsai PLLC
                535 5th Avenue
                Fourth Floor
                New York, NY 10017
                Tel: (646) 829-9001
                Fax: (646) 829-9002
                jtsai@tsaipllc.com